PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

KRONENBERGER ROSENFELD, LLP
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Liana W. Chen (CA Bar No. 296965)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
liana@KRInternetLaw.com

Attorneys for Defendant Academy, Ltd.
*dba* Academy Sports + Outdoors

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY, LTD. dba ACADEMY SPORTS + OUTDOORS, a Texas corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00512-JAM-AC<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 1, 2017<br>Case Removed: March 10, 2017<br>Trial Date: None Set |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyle Johnson ("Plaintiff") and Defendant Academy, Ltd. dba Academy Sports + Outdoors ("Defendant") stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear his/its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 12, 2017              PACIFIC TRIAL ATTORNEYS

                                 By: /s/ Victoria C. Knowles
                                     Victoria C. Knowles, Esq.
                                     Attorney for Plaintiff


Dated: May 12, 2017              KRONENBERGER ROSENFELD, LLP

                                 By: /s/ Jeffrey M. Rosenfeld
                                     Jeffrey M. Rosenfeld, Esq.
                                     Attorneys for Defendant

*I, Victoria C. Knowles, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

                                 /s/ Victoria C. Knowles
                                 Victoria C. Knowles

1
2  **CERTIFICATE OF SERVICE**

   I hereby certify that on May 12, 2017, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

3
4
5
6                                    /s/ *Victoria C. Knowles*
                                     Victoria C. Knowles
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE JOHNSON, an individual, | Case No. 2:17-cv-00512-JAM-AC |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| v. | |
| ACADEMY, LTD. dba ACADEMY SPORTS + OUTDOORS, a Texas corporation; and DOES 1 – 10, inclusive, | |
| Defendants. | Complaint Filed: February 1, 2017<br>Case Removed: March 10, 2017<br>Trial Date: None Set |

ORDER

1   The Court, having considered the parties' Joint Stipulation for Dismissal
2   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby
3   dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party
4   shall bear its own costs and attorneys' fees.

6   IT IS SO ORDERED.

9   Dated: 5-15-2017   By: _____
                            THE HONORABLE JOHN A. MENDEZ
                            United States District Court Judge